IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Elkins

**REBECCA WINE and JOHN WINE,**

    **Plaintiffs,**

v.                                          Civil Action No. 2:22-CV-3
                                                 Honorable Thomas S. Kleeh, Chief Judge

**MOHAMED ZUHAIR and**
**FAIRFAX HYUNDAI, INC.**

    **Defendants.**

## DISMISSAL ORDER

On this day came the parties by their respective counsel of record and announced to the Court that the parties have reached a settlement and jointly moved the Court to dismiss this matter, with prejudice. There being no objection thereto and good cause having been shown, it is accordingly **ORDERED**, **ADJUDGED** and **DECREED** that this matter be and the same is hereby dismissed with prejudice and **ORDERED** removed from the docket.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED:     January 30, 2023

*/s/ Tom S Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA

APROVED AS AN AGREED ORDER BY:

_/s/ Afton Aman_

G. Thomas Smith (WVSB #4617)
Afton L. Aman (WVSB #10808)
SMITH LAW, PLLC
516 West Main Street
Clarksburg, West Virginia 26301
(304) 326-6000 Telephone
(304) 326-4000 Facsimile
*Counsel for Defendant, Fairfax Hyundai, Inc.*


_/s/ David Goddard_

David E. Goddard (WVSB #8090)
Goddard Law, PLLC
7-C Chenoweth Drive
Bridgeport, West Virginia 26330
(304) 933-1411 Telephone
(855) 329-1411 Facsimile
*Counsel for Plaintiffs*